## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CALVIN LEE MARSHALL,**
**ADC #090207**                                                                                              **PLAINTIFF**

**V.**                              **5:09CV00128 BSM JJV**

**ANTHONY BURDEN,** *et al.*                                                                   **DEFENDANTS**

### ORDER

The partial recommended disposition submitted by Magistrate Judge Joe J. Volpe has been received. No objections have been filed. After carefully reviewing the partial recommended disposition and reviewing the record *de novo,* it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to stay (Doc. No. 27) is DENIED

2. Plaintiff's motions for preliminary injunction and to appoint counsel (Doc. No. 60) are DENIED.

IT IS SO ORDERED THIS 28th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE