**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CALVIN LEE MARSHALL**
**ADC #90207**                                                                                                    **PLAINTIFF**

v.                          CASE NO.: 5:09-cv-00128 BSM/JJV

**ANTHONY BURDEN, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

DATED this 20th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE